UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES MICHAEL JONES,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1177** |
| **SELECT OILFIELD SERVICES, LLC, ET AL.,**<br>    **Defendants** | **SECTION: "E" (1)** |

## ORDER

Due to the impact of Hurricane Ida, the submission date for Cox Operating, L.L.C.'s Motion for Leave to File Cross-Claim Against US Specialty Insurance Co. currently set for September 15, 2021,[1] is **RESET** for **September 29, 2021**. Parties may file any response in opposition on or before **September 27, 2021**. Cox Operating, L.L.C. may file any reply on or before **September 29, 2021**.

**New Orleans, Louisiana, this 14th day of September, 2021.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 38.